## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARLOND WILLIAMS<br><br>                Plaintiff,<br><br>   vs.<br><br>SWIFT TRANSPORTATION MOHAVE<br>and JUNIOR E. FERNANDEZ,<br><br>               Defendants. | Civil Action No.:<br><br><br>**NOTICE OF REMOVAL AND COPIES OF<br>ALL PROCESS AND PLEADINGS** |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Swift Transportation Co of Arizona, LLC (improperly pled as Swift Transportation Mohave) (hereinafter "Swift") submits the following Notice of Removal from the Superior Court of New Jersey, Law Division, Middlesex County, the Court in which the above-referenced matter is now pending, to the United States District Court for the District of New Jersey.  In support of its Notice of Removal, Swift states as follows:

1.      This action arises out of an alleged collision between plaintiff's truck and a truck driven by former Swift employee Junior E. Fernandez.

2.      Plaintiff commenced this action on January 11, 2022 by filing a pro se Complaint in the Superior Court of New Jersey, Law Division, Middlesex County, bearing docket number L-331-22. (*See Exhibit A).* Plaintiff's original complaint alleges that the accident at issue occurred on January 7, 2020. (*Id.*)

3.      Plaintiff then filed an amended complaint on February 22, 2022. (*See Exhibit B).* In that Complaint, Plaintiff alleges that the accident at issue occurred on January 27, 2020.

4.      Pursuant to 28 U.S.C. § 1446(a), Swift attaches copies of all process, pleadings and orders served upon it, including: a true and correct copy of Plaintiff's Complaints.

**Timeliness of Removal and Amount in Controversy**

5.      Plaintiff's complaints were never properly served. However, Swift, through counsel, accepted service of the amended complaint on April 21, 2022. Then, on April 27, 2022, Plaintiff attempted service of the amended complaint on Mohave Transportation Insurance Company, an improper entity. (*See Exhibit C*)

6.      This Notice of Removal is being filed within thirty (30) days after service of the amended complaint was accepted, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

7.      On April 21, 2022, Plaintiff also made a demand to counsel for Swift of $750,000.00. Accordingly, the amount in controversy in this case exceeds $75,000, exclusive of interest and costs.

**Diversity of Citizenship**

8.      According to the Complaint plaintiff is an individual residing in Texas. Therefore, it is presumed that Plaintiff is a citizen of Texas.

9.      Swift is a limited liability company, with Knight-Swift Transportation Holdings as its sole member. Knight-Swift Transportation Holdings is incorporated in the State of Delaware with its principal place of business in the State of Arizona.

10.     Defendant Junior Fernandez has not been served and thus his citizenship should be disregarded for the purposes of determining diversity. However, Mr. Fernandez is believed to be an individual residing in Georgia. Therefore, it is presumed that he is a citizen of Georgia.

11.     Accordingly, pursuant to 28 *U.S.C.* § 1332 (c)(1), diversity of citizenship exists between the parties.

33231610.v1

**Plea for Removal**

12.     28 U.S.C. §1441(a) provides that a state court action over which a district court of the United States would possess original jurisdiction may be removed to the district court for the district and division embracing the place where the state court action is pending.

13.     There is diversity of citizenship and the amount in controversy exceeds the jurisdictional requirement of seventy-five thousand dollars ($75,000.00); therefore, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 and removal of this proceeding to this Court is proper pursuant to 28 U.S.C. §1441.

14.     Written notice is being given to all parties and to the Superior Court of New Jersey, Law Division, Middlesex County that this Notice of Removal is being filed with this Court.

**WHEREFORE**, Swift respectfully requests that the entire state court action under MID-L-331-22, currently pending Superior Court of New Jersey, Law Division, Middlesex County, be removed to this Court for all further proceedings.

**GOLDBERG SEGALLA, LLP**

BY:  */s/ Christopher P. Midura*
        CHRISTOPHER P. MIDURA, ESQUIRE
Date:  May 9, 2022        *Attorneys for Defendant Swift Transportation Co of Arizona, LLC (improperly pled as Swift Transportation Mohave)*

3

# EXHIBIT A

**Form A**

| BATCH # | 600 | PAYMENT TYPE | AH |
|---|---|---|---|
| RECEIPT# | 000349981 | DATE | 1/11/2022 |
| REFERENCE # | 14868487 | AMOUNT $ | $250.00 |

**Plaintiff or Filing Attorney Information:**

Name  Mr.Garlond P. WILLIAMS

NJ Attorney ID Number

Address  2230 Neal St

Longview Texas 75602

Telephone Number  903-215-2231

MR.GARLOND WILLIAMS
_____,
Plaintiff,

v.

Swift Transportation Mohave / Junior E.

Fernandez
_____,
Defendant(s).

Superior Court of New Jersey

Law    Division  Middlesex    County

Civil    Part

Docket No: _____
(to be filled in by the court)

Civil Action

**Complaint**

Plaintiff, MR.GARLOND WILLIAMS _____, residing at
          (your name)

2230 Neal ST _____, City of LONGVIEW
(your address)                              (your city or town)

County of GREGG _____.
          (your county)

State Of New Jersey, complaining of defendant, states as follows:

1.  On  JANUARY 7TH _____, 20 20 ,  Swift Transportation Mohave _____, Defendant
                                         (name of person being sued)
(Summarize what happened that resulted in your claim against the defendant.  Use additional pages if necessary.)
              DRIVER OF #1 SWIFT TRUCK#173859, HIT GARLOND WILLIAMS
#2 TRUCK #2633 AND TRAILER causing me to be flung out of the top bunk; also collided  into the
back of #3 truck
_____
_____
_____

The defendant in this action resides at  Swift Transportation, P.O. BOX 29243, Phoenix,AZ ____,
                                          (defendant's address)
In the County of  Phoenix,AZ _____, State of New Jersey.
                 (name of county where defendant lives)

2.  Plaintiff is entitled to relief from defendant under the above facts.

# Form A

3. The harm that occurred as a result of defendant's acts include:  (list each item of damage and injury)

1. Property Damages (Out/OF Pocket expenses down time= TRUCK#2633 DAMAGE STEERING, HOOD CAB AND TRAILER#24430 DAMAGE in transit back to Terminal ( STOP#1 39125 MAIN ST, Euless, TEXAS,76040) (STOP#2 DROP Trailer#24430  in 3065 REOGNITION POINT IRIVNG,TEXAS)=  START RUNNIG BAD HAD TO GET TRANSMISSON REPLACED IT WON'T GO IN REVERSE OR 1,2 GEAR(part 1out/pocket$5,407,46) transmission $10,500

2. PAST Medical Bills Expenses =($24,000 +FUTURE Medical $10,000=$34,000) car/rental to DR.=$3,492.61.

3. 1#LOSS of Income:
2#BANKRUPTCY   CASE#20-60122 2/28/2020  Debt. ATTORNEY WILLIAM H.LIVELY 432 S. Bonner Ave. Tyler, TEXAS 75702 PHONE# 903-593-3001
3#Pain/SUFFERING=$210,000

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 01/07/2022                          Signature: _____

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated:  01/07/2022                          Signature: _____

**OPTIONAL:  If you would like to have a judge decide your case, do not include the following paragraph in your complaint.  If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.**

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated:  01/07/2022                          Signature: _____

Revised 11/17/2014, CN 10553                                                                          page 7 of 7
   Revised 11/01/2013, CN 11210

**Claim # 20012-70030962**



## Civil Case Information Statement
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| For Use by Clerk's Office Only |
|---|
| Payment type: ☐ ck ☐ cg ☐ ca |
| Chg/Ck Number: |
| Amount: |
| Overpayment: |
| Batch Number: |

| Attorney/Pro Se Name | Telephone Number | County of Venue<br>Middlesex |
|---|---|---|
| Firm Name (if applicable) | | Docket Number (when available) |
| Office Address: 2230 Neal Street Longview, TX 75602<br>2230 Neal St. Long view Texas 75602 | | Document Type<br>Complaint |
| | | Jury Demand ■ Yes ☐ No |

| Name of Party (e.g., John Doe, Plaintiff)<br><br>Garland Williams | Caption<br>Vehicle DAMAGE   Bodily injury LOSS/ WAGES pain and suffering LOST time |
|---|---|

| Case Type Number<br>(See reverse side for listing)<br>610 | Are sexual abuse claims alleged?<br>☐ Yes  ■ No | Is this a professional malpractice case?   ☐ Yes  ■ No<br>If you have checked "Yes," see *N.J.S.A.* 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit. |
|---|---|---|

| Related Cases Pending?<br>☐ Yes  ■ No | If "Yes," list docket numbers |
|---|---|

| Do you anticipate adding any parties<br>(arising out of same transaction or occurrence)?<br>☐ Yes  ■ No | Name of defendant's primary insurance company (if known)<br>MOHAVE/ TRANPORTATION INSURANCE COMPANY | ☐ None<br>☐ Unknown |
|---|---|---|

**The Information Provided on This Form Cannot be Introduced into Evidence.**

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

| Do parties have a current, past or recurrent relationship?<br>☐ Yes  ■ No | If "Yes," is that relationship:<br>☐ Employer/Employee   ☐ Friend/Neighbor   ☐ Other (explain)<br>☐ Familial   ☐ Business |
|---|---|

| Does the statute governing this case provide for payment of fees by the losing party? | ■ Yes  ☐ No |
|---|---|

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition

| Do you or your client need any disability accommodations?<br>☐ Yes  ■ No | If yes, please identify the requested accommodation: |
|---|---|
| Will an interpreter be needed?<br>☐ Yes  ■ No | If yes, for what language? |

**I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).**

Attorney Signature:

# EXHIBIT B

Save  Print  Clear

## Form A

**Plaintiff or Filing Attorney Information:**

Name _Mr. Garland P. Williams_

NJ Attorney ID Number _____

Address _2230 Neal St_
_Longview Texas 75602_

Telephone Number _903-215-2231_ or
_214-876-4772_ Big G xpress

---

Big G Express LLC.
Mr. Garland Williams
                        **Plaintiff,**

v.

Swift Transportation Mohave
Junior E. Fernandez
                        **Defendant(s).**

---

**Superior Court of New Jersey**
_Law_ Division _Middlesex_ County
_Civil_ Part

Docket No: _____
(to be filled in by the court)

**Civil Action**

**Complaint**

---

Plaintiff, _Mr. Garland Williams_, residing at
               (your name)
_2230 Neal St_, City of _Longview_
(your address)                    (your city or town)
County of _Gregg_
(your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On _January 27_, 20 _20_. _Swift Transportation Mohave_, Defendant
                                (name of person being sued) _Junior E Fernandez_
(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
_Driver of #1 Swift truck #173859 Junior E. Fernandez,_
_hit Garland Williams #2 truck #7633 and trailer_
_causing me to be flung out of the top bunk; also_
_collided into the back of #3 truck causing the erosion_
_of Big G xpress LLC, Bad Faith Financially Status._

The defendant in this action resides at _Swift Transportation P.O. Box 29743_
                                        (defendant's address)
                                                    _Phoenix, AZ_
In the County of _Phoenix AZ_, State of New Jersey.
                (name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts.

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210

page 6 of 7

## Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

1. Property damages ( Out/OF pocket expenses downtime = Truck#2633 Damage Steering, Hood cab and trailer #74430 Damage in transit cost back to terminal (stop #1 Carb Mills shop (1558mi) stop #2 Xtra Drop yard (1545mi) Transmission replaced 10,500 due to broke shift forks for 1st and 2nd Gear labor = $40,916.03

2. Medical (27970)
      Loss of Income (2020 - 2021) - $307,040.00)
   Loss of Income ( January - current 2022) - $35,040)

3. Erosion of Big G xpress LLC $1,606,714.59  Pain and Suffering dealing with bad Faith - $210,000)

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 1/07/2022   Signature:

### CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 1/07/2022   Signature:

**OPTIONAL:** If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court Rules 1:8-2(b) and 4:35-1(a).

Dated: 1/07/2022   Signature:

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210

page 7 of 7

# EXHIBIT C

## *NATIONAL REGISTERED AGENTS, INC*
### *SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To: Araceli Deleon
Swift Transportation Services, LLC
2200 S 75th Ave
Phoenix, AZ 85043-7410

SOP Transmittal #  541479273

Entity Served:  MOHAVE TRANSPORTATION INSURANCE COMPANY  (Domestic State: ARIZONA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc or its Affiliate in the State of ARIZONA on this 27 day of April, 2022. The following is a summary of the document(s) received:

1.  **Title of Action:**  Mr. Garland Williams vs. Swift Transportation

2.  **Document(s) Served:**   Other: --

3.  **Court of Jurisdiction/Case Number:** None Specified
Case # MIDL00033122

4.  **Amount Claimed, if any:**  N/A

5.  **Method of Service:**

_X_ Personally served by:     _X_ Process Server        ___ Law Enforcement        ___ Deputy Sheriff        ___ U. S Marshall

___ Delivered Via:            ___ Certified Mail        ___ Regular Mail        ___ Facsimile

___ Other (Explain):

6.  **Date and Time of Receipt:**   04/27/2022 02:59:00 AM CST

7.  **Appearance/Answer Date:**  None Specified

8.  **Received From:**    None Specified                    9.  **Carrier Airbill #** 1ZY041160194050391

10. **Call Made to:** Not required

11.    **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Anne Rowell anne_rowell@swifttrans.com

Email Notification, Araceli Deleon Araceli_Deleon@swifttrans.com

REMARKS : Due to the illegible condition of the enclosed documents, CTs transmittal may be incomplete.

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**          CopiesTo:

888-579-0286 - Telephone
602-248-4441 - Fax

ORIGINAL



## PROCESS SERVER DELIVERY DETAILS

**Date:**                           Wed, Apr 27, 2022
**Server Name:**                    Drop Service

| Entity Served | SWIFT/MOHAVE TRANSPORTATION INSURANCE |
|---|---|
| Case Number | MIDL00033122 |
| Jurisdiction | AZ |

| Inserts | | |
|---|---|---|
| | | |



**Form A**

| Save | Print | Clear |

**Plaintiff or Filing Attorney Information:**

Name Mr. Garland R. Williams

NJ Attorney ID Number

Address 2230 Neal St
Longview Texas 75602

Telephone Number 903-215-2231 or
214-876-4772 = Big G xpress

Big G Express LLC.
Mr. Garland Williams
_____ Plaintiff,

Superior Court of New Jersey

Law Division Middlesex County

Civil Part

Docket No: MID L 000033/22
(to be filled in by the court)

v.

Swift Transpodation Mohave
Junior E. Fernandez
_____ Defendant(s).

**Civil Action**

**Complaint**

Plaintiff. Mr. Garland Williams
(your name) , residing at

2730 Neal St
(your address) , City of Longview
(your city or town)

County of Gregg
(your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On January 27 , 2020 Swift Transpodation Mohave Driver
(name of person being sued) Junior E. Fernandez
(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
Driver of #1 Swift truck #173859 Junior E. Fernandez
hit Garland Williams #2 truck #76633 and trailer
causing me to be Fling out of the top Bunk, also
collided into the back of #3 truck causing the erosion
of Big G xpress LLC, Bad Faith Financially Status.

The defendant in this action resides at Swift Transpodation P.O. Box 29743
(defendant's address)
Phoenix, AZ
In the County of Phoenix AZ , State of New Jersey.
(name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts.

Revised 11/17/2014. CN 10553
Revised 11/01/2013. CN 11210

page 6 of 7

## Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

1. Property damages. Out Of pocket expenses down time = Truck#2633 Damage Steering, Freed cab and trailer #74430 Damage in transit cost back to terminal I stop #1 Cobb Mills shop (1553 mi) Stop #2 Xtra Dep yard (1545 mi). Transmission replaced 11,500 due to broke shift forks for 1st and 2nd Gear  labor =$40916.03

2. Medical (27920)
   Loss of Income (2020 - 2021) - (307,040.00)
   Loss of Income (January - current 2022) - (35,040)

3. Erosion of Big G xpress LLC $11616.714.59 Pain and Suffering dealing with bad Faith - (210,000)

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 1/07/2022  Signature: _____

### CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 1/07/2022 Signature: _____

**OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury decide your case, please sign your name after the following paragraph.**

### JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: 1/07/2022 Signature: _____